FILED: May 28, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1309
(4:10-mc-00001)

_____

DANIEL J. WILLIS

      Plaintiff - Appellant

v.

TOWN OF TRENTON, NC, ET AL

      Defendant - Appellant

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk